| | | |
|---|---|---|
| PROB 22 (Rev. 9/98) | **E-filing**<br>**TRANSFER OF JURISDICTION** | **DOCKET NUMBER** (Tran. Court)<br>EP-00-CR-2074H(1) |
| | | **DOCKET NUMBER** (Rec. Court)<br>CR07-00358 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| EVERARDO ELEXANDER DOMINGUEZ<br>NORTHERN DISTRICT OF CALIFORNIA | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | Harry Lee Hudspeth | |
| | DATES OF PROB/ SUPV. REL. | FROM 10/31/05 — TO 10/30/08 |

FILED JUN - 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**OFFENSE**: Importation of a Quantity of Marijuana, 21 U.S.C. §§ 952(a) and 960(b)(4).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 2, 2007
Date

/s/ Harry Lee Hudspeth
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 1 2007
Effective Date

/s/
United States District Judge