# UNITED STATES DISTRICT COURT
350 U.S. Courthouse
El Paso, Texas 79901

William G. Putnicki
Clerk of Court



**FILED**

JUN 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

June 8, 2007

United States District Court
Northern District of California
Internal Box 36060
San Francisco, CA 94102-3434

CR-07-358-DCJ

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer jurisdiction to the Northern District of California, pursuant to an Order entered transferring by the Honorable Harry Lee Hudspeth. Enclosed please find certified copies of the indictment, Judgment and sentence, docket sheet and order transferring jurisdiction in the cause entitled: U.S.A. v. EVERARDO ELEXANDER DOMINGUEZ; CASE NO. EP–00-CR-2074-H(1).

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at El Paso, Texas, this 21st day of June, 2007

*Please acknowledge receipt on the enclosed copy of this letter and return in the SASE.*

WILLIAM G. PUTNICKI, CLERK

BY: _____
Ruben Cabrera, Deputy Clerk

| PROB 22 (Rev. 9/98) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | E-filing | EP-00-CR-2074H(1) |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR 07-0358 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>EVERARDO ELEXANDER DOMINGUEZ<br>NORTHERN DISTRICT OF CALIFORNIA | DISTRICT<br>WD/TX | DIVISION<br>EL PASO |
| | NAME OF SENTENCING JUDGE<br><br>Harry Lee Hudspeth | |
| | DATES OF PROB/ SUPV. REL. | FROM<br>10/31/05 | TO<br>10/30/08 |

**OFFENSE**: Importation of a Quantity of Marijuana, 21 U.S.C. §§ 952(a) and 960(b)(4).

RECEIVED

JUN - 6 2007

U.S. PROBATION OFFICE
NORTHERN DIST. CALIF.
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 2, 2007
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 1 2007
Effective Date

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JUDGE
HARRY LEE HUDSPETH

FILED

DEC 2 0 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. EP-00-CR- |
| Plaintiff, | ) |
| | ) **INDICTMENT** |
| VS. | ) Vio: 21:952(a)-Importation of |
| | ) a Controlled Substance; |
| | ) 21:841(a)(1)-Possession |
| | ) of a Controlled Substance With |
| EVERARDO ELEXANDER DOMINGUEZ, | ) Intent to Distribute |
| Defendant. | ) |

THE GRAND JURY CHARGES:

EP00CR2074

**COUNT ONE**
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about DECEMBER 6, 2000, in the Western District of Texas, Defendant,

EVERARDO ELEXANDER DOMINGUEZ,

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
_____ Deputy

**COUNT TWO**
(21 U.S.C. § 841(a)(1))

That on or about DECEMBER 6, 2000, in the Western District of Texas, Defendant,

EVERARDO ELEXANDER DOMINGUEZ,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAMES WILLIAM BLAGG
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## Western District of Texas

UNITED STATES OF AMERICA

v.

Case Number EP-00-CR-2074-H

EVERARDO ELEXANDER DOMINGUEZ
Defendant.

FILED 2001 MAY 3 PM 12:12

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, EVERARDO ELEXANDER DOMINGUEZ, was represented by Marie Romero.

On motion of the United States the Court has dismissed count 2.

The defendant pled guilty to count 1 of the indictment on February 23, 2001. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 952 and 960 | Importing a quantity of marihuana | 12/6/00 | 1 |

As pronounced on May 1, 2001, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 3d day of May, 2001.

HARRY LEE HUDSPETH
United States District Judge

Defendant's SSN: 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
Defendant's Date of Birth: 3/8/75

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____ Deputy

Defendant: EVERARDO ELEXANDER DOMINGUEZ
Case Number: EP-00-CR-2074-H

Judgment--Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: EVERARDO ELEXANDER DOMINGUEZ
Case Number: EP-00-CR-2074-H

Judgment--Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

X   If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office for the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

X   If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

X   The defendant shall not own or possess a firearm or destructive device.

X   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

Defendant: EVERARDO ELEXANDER DOMINGUEZ
Case Number: EP-00-CR-2074-H

Judgment--Page 4 of 5

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.
2) The defendant shall not illegally possess a controlled substance.
3) If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with a schedule to be approved by the Court. In any case, the defendant shall cooperate with the Probation Officer in meeting any financial obligations.
4) In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
5) If convicted of a felony, the defendant shall not posses a firearm as defined in 18 U.S.C. §921.
6) For offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer.
   The above drug testing condition may be suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.
7) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.
8) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.
9) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.
10) The defendant shall support his or her dependents and meet other family responsibilities.
11) The defendant shall work regulary at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.
12) The defendant shall notify the Probation Officer ten days prior to any change in residence or employment.
13) The defendant shall refrain from excessive use of alcohol.
14) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
15) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.
16) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.
17) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
18) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
19) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CLOSED

## U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:00-cr-02074-HLH All Defendants

## Internal Use Only

Case title: USA v. Dominguez  
Magistrate judge case number: 3:00-mj-03474

Date Filed: 12/20/2000  
Date Terminated: 05/01/2001

Assigned to: Honorable Harry Lee Hudspeth

**Defendant**

**Everardo Elexander Dominguez** (1)  
*TERMINATED: 05/01/2001*

represented by **Marie Romero-Martinez**  
Asst. Federal Public Defender  
700 E. San Antonio  
Suite D-401  
El Paso, TX 79901-7001  
(915) 534-6525  
Fax: 915/534-6534  
Email: marie_romero@fd.org  
*TERMINATED: 05/01/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:952A=MI.F MARIJUANA - IMPORT  
(1)

**Disposition**

12 mos and 1 day impr w/ $100 assessment and 3 yrs supervised release. Court orders pre-sentence report sealed.

**Highest Offense Level (Opening)**

A true copy of the original, I certify.  
WILLIAM G. PUTNICKI  
Clerk, U.S. District Court.  
By: _____  
Deputy

Felony

## Terminated Counts

21:841A=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE
(2)

## Disposition

Count 2 dismissed on Govt's motion

## Highest Offense Level (Terminated)

Felony

## Complaints

Possession with the intent to distribute and importation of a quantity of marijuana, a Schedule I Controlled Substance, in violation of 21:841(a)(1) and 952(a) [ 3:00-m -3474 ]

## Disposition

## Plaintiff

**USA**                              represented by **Janet M. Bonner**
                                     U. S. Attorney's Office
                                     700 E. San Antonio
                                     Suite 200
                                     El Paso, TX 79901
                                     (915) 534-6884
                                     Fax: 915/534-3418
                                     Email: janet.bonner@usdoj.gov
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Mark Mayer Greenberg**
                                     Assistant United States Attorney
                                     700 E. San Antonio Street
                                     Suite 200
                                     El Paso, TX 79901
                                     Fax: 915/534-3418
                                     Email:

mark.greenberg@usdoj.gov
*TERMINATED: 06/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2000 | | Arrest of Everardo Elexander Dominguez [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | | Case assigned to Judge Michael S. McDonald [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | 1 | Complaint filed against Everardo Elexander Dominguez [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | 2 | Motion by USA as to Everardo Elexander Dominguez to detain defendant without bond [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | | Defendant(s) Everardo Elexander Dominguez first appearance held ; preliminary exam set at 2:30 12/12/00 for Everardo Elexander Dominguez ; ; Defendant informed of rights. [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | | Oral Order of Temporary Detention as to Everardo Elexander Dominguez ; Bond set to NO BOND SET for Everardo Elexander Dominguez. setting Detention hearing for 2:30 12/12/00 for Everardo Elexander Dominguez [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | | Notification by Everardo Elexander Dominguez that Defendant requires SPANISH Language interpreter [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/07/2000 | 3 | Order appointing Federal Public Defender for Everardo Elexander Dominguez Marie Romero to represent defendant [ 3:00-m -3474 ] (ma) (Entered: 12/11/2000) |
| 12/12/2000 | 4 | Waiver of preliminary examination and detention hearing by Everardo Elexander Dominguez : Defendant held to district court. [ 3:00-m -3474 ] (ma) (Entered: 12/15/2000) |
| 12/13/2000 | 5 | Order as to Everardo Elexander Dominguez granting motion to detain defendant without bond [2-1] Bond reset to DETAIN W/O BOND for Everardo Elexander Dominguez. as to Everardo Elexander Dominguez (1) [ 3:00-m -3474 ] (ma) |

| | | |
|---|---|---|
| | | (Entered: 12/15/2000) |
| 12/13/2000 | | (Court only) Terminated deadlines as to Everardo Elexander Dominguez [ 3:00-m -3474 ] (ma) (Entered: 12/15/2000) |
| 12/20/2000 | | Case assigned to Honorable Harry L. Hudspeth (fe) (Entered: 12/21/2000) |
| 12/20/2000 | | (Court only) Added for USA attorney Mark M. Greenberg (fe) (Entered: 12/21/2000) |
| 12/20/2000 | 6 | Indictment filed against Everardo Elexander Dominguez Everardo Elexander Dominguez (1) count(s) 1, 2 (Pages: 2) (fe) (Entered: 12/21/2000) |
| 12/20/2000 | | Arraignment as to Everardo Elexander Dominguez set at 10:30 12/28/00 for Everardo Elexander Dominguez (fe) (Entered: 12/21/2000) |
| 12/20/2000 | | Docket call for Everardo Elexander Dominguez set at 8:30 2/2/01 for Everardo Elexander Dominguez (fe) (Entered: 12/21/2000) |
| 12/20/2000 | | Jury trial for Everardo Elexander Dominguez set at 8:30 2/5/01 for Everardo Elexander Dominguez (fe) (Entered: 12/21/2000) |
| 12/28/2000 | 7 | Waiver of personal appearance at arraignment and entry of plea not guilty by Everardo Elexander Dominguez (1) count(s) 1, 2 (fe) (Entered: 12/29/2000) |
| 12/29/2000 | 8 | General Order of Discovery as to Everardo Elexander Dominguez (fe) (Entered: 12/30/2000) |
| 02/02/2001 | | Docket call for Everardo Elexander Dominguez held. Defendant moves for rearraignment (fe) (Entered: 02/05/2001) |
| 02/16/2001 | | Rearraignment as to Everardo Elexander Dominguez set at 2:00 2/23/01 for Everardo Elexander Dominguez (mm1) (Entered: 02/16/2001) |
| 02/16/2001 | | (Court only) Terminated jury trial deadlines as to Everardo Elexander Dominguez (mm1) (Entered: 02/16/2001) |
| 02/23/2001 | 9 | Plea agreement filed as to Everardo Elexander Dominguez (fe) (Entered: 02/26/2001) |
| 02/23/2001 | | Rearraignment as to Everardo Elexander Dominguez held (fe) (Entered: 02/26/2001) |

| 02/23/2001 | | Plea of guilty entered by , Everardo Elexander Dominguez (1) count(s) 1 (fe) (Entered: 02/26/2001) |
|---|---|---|
| 02/23/2001 | | Referred to Probation for Pre-Sentence Report as to Everardo Elexander Dominguez (fe) (Entered: 02/26/2001) |
| 02/23/2001 | | Guilty plea accepted by the court as to Everardo Elexander Dominguez (1) count(s) 1 ; Mooted Motions: (fe) (Entered: 02/26/2001) |
| 02/23/2001 | | Sentencing , Everardo Elexander Dominguez (1) count(s) 1 set at 8:30 5/1/01 for Everardo Elexander Dominguez (fe) (Entered: 02/26/2001) |
| 05/01/2001 | | Sentencing Everardo Elexander Dominguez (1) count(s) 1 held Everardo Elexander Dominguez (1) count(s) 1. 12 mos and 1 day impr w/ $100 assessment and 3 yrs supervised release. Court orders pre-sentence report sealed. ; Mooted Motions: (fe) (Entered: 05/01/2001) |
| 05/01/2001 | | Dismissed count on motion by the Govt Everardo Elexander Dominguez (1) count(s) 2 (fe) (Entered: 05/01/2001) |
| 05/03/2001 | 10 | Judgment and Commitment as to , Everardo Elexander Dominguez (1) count(s) 1 (Pages: 5) (fe) (Entered: 05/03/2001) |
| 07/13/2001 | 11 | Judgment and commitment returned executed as to Everardo Elexander Dominguez (1) count(s) 1 on 6/4/01 (fe) (Entered: 07/13/2001) |
| 06/08/2006 | 12 | Notice of Substitution of Counsel: Attorney Janet M. Bonner for USA added Attorney Mark M. Greenberg terminated as to Everardo Elexander Dominguez. (mm1, ) (Entered: 06/09/2006) |
| 06/19/2007 | 13 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Everardo Elexander Dominguez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (rc, ) (Entered: 06/21/2007) |