# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED
MAR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Petition for Arrest Warrant for Offender Under Supervision

| | |
|---|---|
| Name of Offender: | Everardo Dominguez        Docket No.:  CR 07-00358-01 DLJ |
| Name of Sentencing Judge: | Harry Lee Hudspeth<br>Senior United States District Judge |
| Date of Original Sentence: | May 1, 2001 |

Original Offense:
Count One: Importing a Quantity of Marijuana 21 U.S.C. §§ 952(a) and 960(b)(4), a Class D felony

Original Sentence:   12 months and one day custody and three years supervised release
Special Conditions: Special assessment $100; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons

On May 1, 2001, Everardo Dominguez was sentenced in the Western District of Texas (docket # EP-00-CR2074-H) to 12 months and one day custody and three years supervised release for Importing a Quantity of Marijuana. On June 5, 2007, jurisdiction was transferred to the Northern District of California.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 31, 2005
Assistant U.S. Attorney:  Unassigned                         Defense Counsel: Unassigned

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Mark Unalp, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the offender violated standard condition number eight that he submit a truthful and complete monthly report with the first five days of each month. |
| | Mr. Dominguez has not submitted a monthly supervision report since December 5, 2005. |
| Two | There is probable cause to believe that the offender violated standard condition number twelve requiring the offender to notify the probation officer ten days prior to any change of residence. |
| | On March 6, 2006, this officer went to the offender's reported address, but was told by his cousin that he did not live there anymore and she was not sure how to reach him. His current whereabouts are unknown. |

Address of offender:        Unknown

In addition to this case, Mr. Dominguez has two other federal cases in the District of New Mexico. On February 11, 2003, the offender was sentenced in the District of New Mexico (docket # CR 02-01705-001BB) to 24 months custody and two years supervised release for Possession with Intent to Distribute More Than 50 Kilograms of Marijuana. On August 7, 2003, the offender was sentenced in the District of New Mexico (docket # CR 03-00829-001JP) to 18 months custody and three years supervised release for Escape from a Federal Institution.

On March 21, 2006, the above charges were reported to both the Western District of Texas and the District of New Mexico. The District of New Mexico issued warrants in their cases within six weeks.

After a six-month period of ongoing correspondence with United States Probation Officer Joseph Hicks in the Western District of Texas, Mr. Hicks advised this officer on December 29, 2006, that their Court was not inclined to issue a warrant and wished the matter transferred to the Northern District of California. On June 5, 2007, jurisdiction was transferred to the Northern District of California.

It should be noted that this petition was prepared and originally signed on August 13, 2007. Due to a clerical oversight, it was never submitted to the Court. As noted above, warrants are active in the District of New Mexico.

Based on the foregoing, there is probable cause to believe that Everardo Dominguez violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Mark Unalp
U.S. Probation Officer
Date Signed: March 6, 2008

Approved as to form:

_____
Daniel Zurita
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant.
☐ Other:

_____March 11, 2008_____          _____
Date                                                       D. Lowell Jensen
                                                           Senior United States District Judge